1  Yana A. Hart, Esq. (SBN: 306499)
2  yana@kazlg.com
   **KAZEROUNI LAW GROUP, APC**
3  2221 Camino Del Rio South, Suite 101
   San Diego, CA 92108
4  Telephone: (619) 233-7770
5  Facsimile: (619) 297-1022

6
   *Attorneys for Plaintiff,*
7  David Weisberg

8

9                    **UNITED STATES DISTRICT COURT**
10                   **CENTRAL DISTRICT OF CALIFORNIA**

11  David Weisberg, on behalf of himself        CASE NO.  2:20-CV-02778-PA-MAA
12  and others similarly situated,

13                                               **NOTICE OF DISMISSAL OF ACTION**
                            Plaintiff,           **WITHOUT PREJUDICE**
14  v.

15
    Coconut Funding, LLC,
16

17                          Defendant.

18

19

20

21       Plaintiff David Weisberg ("Plaintiff") hereby moves to dismiss the above

22  entitled action without prejudice as to the named Plaintiff and without prejudice as to

23  the putative class, pursuant to Fed. R. Civ. P. 41(a)(1)(i).

24       WHEREFORE, Plaintiff respectfully requests that this Court dismiss this action

25  without prejudice as to the named Plaintiff, and without prejudice as to the putative

26  class.

27

28

1    Date: June 18, 2020                    **KAZEROUNI LAW GROUP, APC**

2

3                                           By:  s/ Yana A. Hart
                                                 Yana A. Hart, Esq.
4                                                *Attorneys for Plaintiff*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28